UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MCTIERNAN,<br><br>            Plaintiff,<br><br>     v.<br><br>TRANSUNION, LLC, et al.,<br><br>            Defendants. | Case No. 21-cv-04134-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 10, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 17, 2022**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 6, 2022

_____
Richard Seeborg
Chief United States District Judge