**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **AMANDA MCTIERNAN,** | **C.A. No.: 3:21-cv-04134-RS** |
| **Plaintiff** | |
| **-against-** | **ORDER OF** |
| **TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and AVANT, LLC,** | **DISMISSAL** |
| **Defendants** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 18, 2022 Stipulation of Dismissal, all claims asserted against the remaining Defendants in Civil Action No: **3:21-cv-04134-RS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in

this action.

**SO ORDERED THIS** __18th__ **day of** __January__ , **2022.**

_____

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE